In the Matter of the Application of BUFFALO CREAMERY Co., INC., Petitioner, for a Certiorari Order against CHARLES H. BALDWIN, as Commissioner of Agriculture and Markets of the State of New York, Defendant.— Petitioner applied to the Commissioner of Agriculture and Markets for a permit to sell milk. After a hearing the application was denied on the ground that petitioner had not satisfied the Commissioner as to its financial responsibility, and also that it failed to satisfy the Commissioner that the issuance of a license would not tend to a destructive competition in the market already adequately served. Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of ANNA L. CASE, as Executrix, etc., of RICHARD B. WAGONER, Deceased, as Substituted Trustee under the Last Will and Testament of ADALINE A. WINNIE, Deceased.—Appeal from a decree of the Surrogate's Court of Albany county by the executrix of Richard B. Wagoner, substituted trustee under the will of Adaline A. Winnie, deceased. The executrix of said Richard B. Wagoner filed her accounting of his proceedings as such substituted trustee. The life tenant and remaindermen under the Winnie will filed objections to such account and the account has been surcharged with the sum of $1,235, rent of the trust property, which the surrogate has found the said trustee negligently failed to collect. Decree unanimously affirmed, with costs to the respondents Parker and Woollard against the appellant. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ. [152 Misc. 291.]